**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re Application of

  THE ARENA MEDIA BRANDS, LLC

*Petitioner.*

Misc. Case No.: 1:26-mc-219

---

### APPLICATION FOR THE ISSUANCE OF A SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO 35 U.S.C. § 24 TO MAGZTER, INC.

Petitioner The Arena Media Brands, LLC ("Arena Media"), by and through its undersigned counsel, hereby applies for the issuance of a subpoena, attached hereto as Exhibit 1 (the "Subpoena"), by the Clerk of the Court to third party Magzter, Inc. ("Magzter") to provide documents within this judicial district in connection an *inter partes* trademark cancellation proceeding currently pending before the United States Patent and Trademark Office's ( "USPTO") Trademark Trial and Appeal Board ("TTAB"), titled *Contact Point Media LLC v. The Arena Media Brands, LLC*, Cancellation No. 92084447 (the "Cancellation Proceeding").

Magzter is a nonparty with information and documents relevant to the claims and defenses in the Cancellation Proceeding. Based upon Arena Media's investigation, it appears that Magzter is a digital publishing company located at 1177 Avenue of the Americas, Suite 5075, New York, New York 10036, which is in this district. Accordingly, pursuant to 35 U.S.C. § 24, the United States District Court for the Southern District of New York is the appropriate court to issue the Subpoena.

For the reasons set forth in the accompanying Memorandum of Law, the Court should grant this Application and enter an Order for the issuance of the subpoena to Magzter attached as Exhibit 1. A proposed Order is attached as Exhibit 2.

1

2

Dated: New York, New York
　　　　May 12, 2026

**AKERMAN LLP**

*/s/ Scott M. Kessler*_____
Scott M. Kessler
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel: (212) 880-3800
Fax: (212) 880-8965
scott.kessler@akerman.com

*Attorneys for Petitioner The Arena Media
Brands, LLC*

2