**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>THE ARENA MEDIA BRANDS, LLC<br><br>*Petitioner.* | Misc. Case No.: 1:26-mc-219 |

### [PROPOSED] ORDER GRANTING PETITIONER'S APPLICATION FOR ISSUANCE OF A SUBPOENA PURSUANT TO 35 U.S.C.§ 24

This matter is before the Court on Petitioner THE ARENA MEDIA BRANDS, LLC's Application for the Issuance of a Subpoena Pursuant to 35 U.S.C. § 24 (the "Application').

Upon consideration of the Application, it is hereby **ORDERED** that the Application is **GRANTED**.  The Clerk of the Court is directed to issue the Subpoena attached as Exhibit 1 to the Application to third party Magzter, Inc.

**IT IS SO ORDERED**.

ENTERED this 15th day of May, 2026.

_____
Edgardo Ramos, U.S.D.J.